**Order filed December 20, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01012-CV

_____

## IN THE INTEREST OF A.J.Z. AKA E.Z. AND D.D.B AKA D.B., CHILDREN

---

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2012-05681J**

---

# O R D E R

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a).

Appellant's brief was due December 16, 2013. No brief or motion for extension of time has been filed. Unless appellant files a brief on or before

**January 2, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM